UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR. S-11-0265 KJM |
| Plaintiff, | |
| v. | ORDER |
| ROBERTO SOLIS-CABRALLES, aka Javier Zasueta, aka David Contreras, | |
| Defendant. | |

Defendant has filed motions to suppress a sworn statement taken from defendant in June 2011 as well as fingerprint and photographic evidence. The court heard oral argument on the motions on October 27, 2011. Doug Beevers, Assistant Federal Defender, appeared for defendant; Michele Beckwith, Assistant United States Attorney, appeared for the government.

Following argument, on October 28, 2011, the government filed a supplemental memorandum in which it stipulated to not introducing the sworn statement taken in June 2011, and requesting that the court deny the motion to suppress that statement as moot. On November 3, 2011, defense counsel confirmed his agreement that the motion to suppress the June 2011 sworn statement was mooted by the government's stipulation. Defense counsel noted that the motion with respect to the fingerprint

evidence remains unresolved, but in light of countervailing Ninth Circuit authority, acceded to the court's ruling on the issues raised by that motion during trial.

Accordingly, the court DENIES as moot defendant's motion to suppress the sworn statement taken in June 2011 (ECF 12).  The court DEFERS ruling on defendant's motion to suppress fingerprint and photographic evidence (ECF 18) until trial.

DATED: November 9, 2011.

_____
UNITED STATES DISTRICT JUDGE