```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MICHELE BECKWITH
    RUSSELL L. CARLBERG
 3  Assistant U.S. Attorney
    501 I Street, Suite 10-100
 4  Sacramento, California 95814
    Telephone: (916) 554-2700
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,       )
                                    ) CR. No. S-11-265 KJM
          Plaintiff,                )
12                                  ) STIPULATION AND ORDER FOR
       v.                           ) EXCLUSION OF TIME
13                                  )
    ROBERTO SOLIS-CABRALLES,        )
14    aka Javier Zasueta,           )
      aka David Contreras,          )
15                                  )
          Defendant.                )
16                                  )
17
```

The parties appeared before the Court on December 8, 2011, for a hearing on status of counsel. At the conclusion of the hearing, the trial that was previously set for December 12, 2011, was ordered continued to January 23, 2012, so that defense counsel would have additional time to prepare. Clemente Jimenez, counsel for the defendant, did not appear in this case until December 1, 2011. He requested a continuance of the trial date so that he would have further time to review discovery and discuss trial strategy with his client. The Court granted that request and indicated that the time between December 8, 2011 and January 23, 2012 should be excluded from the calculation of time

1

under the Speedy Trial Act.  However, the Court did not make an explicit finding to this effect.  Accordingly, the parties hereby submit this stipulation and proposed order.  The parties stipulate that the ends of justice are served by granting the continuance so that counsel may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §(7)(B)(iv).

Dated:  December 8, 2011             Respectfully submitted,

                                     BENJAMIN B. WAGNER
                                     United States Attorney

                                     */s/ Michele Beckwith*
                                 By: Michele Beckwith
                                     Assistant U.S. Attorney

Dated: December 8, 2011

                                     */s/Clemente Jimenez*
                                     CLEMENTE JIMENEZ
                                     Attorney for Defendant

////

////

////

////

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that, based on the representations of counsel and good cause appearing therefrom, the Court finds that the ends of justice to be served by continuing the previously set December 12, 2011 trial to January 23, 2012 outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that the time from December 8, 2011, to and including January 23, 2012, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

Dated: December 9, 2011.

_____
UNITED STATES DISTRICT JUDGE